# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Bankruptcy No.: 12-19796-amc** |
| **James L. Thompson, Jr.,** | **Chapter 13** |
|   Debtor, | **Claim No. 28-1** |
| **Lorena A. Thompson ,** | |
|   Joint Debtor. | |

_____/

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (Claim. # 28-1) filed by GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY USAA FEDERAL SAVINGS BANK;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (28-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on July 08, 2013 as document # 28-1 on the Claim Register. forthwith. GREEN TREE SERVICING LLC, AS

AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY USAA FEDERAL SAVINGS BANK shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** March 23, 2017.

Dated: **March 2, 2017**

BY THE COURT

_____
HONORABLE Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE

16-208764 - MaW