United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James L. Thompson, Jr.  
Lorena A. Thompson  
    Debtors

Case No. 12-19796-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Mar 02, 2017  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.
db/jdb         +James L. Thompson, Jr.,    Lorena A. Thompson,    379 Old Limestone Road,    Cochranville, PA 19330-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
              ALANE A. BECKET2    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              ANDREW F GORNALL    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
               BNCmail@w-legal.com,    DanS@w-legal.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
              ROBERT PATRICK WENDT    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor James L. Thompson, Jr.
               stan.luongo@luongobellwoar.com,    nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Lorena A. Thompson
               stan.luongo@luongobellwoar.com,    nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    GMAC MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bankruptcy No.: 12-19796-amc |
| **James L. Thompson, Jr.,** | Chapter 13 |
| Debtor, | Claim No. 28-1 |
| **Lorena A. Thompson ,** | |
| Joint Debtor. | |

_____/

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (Claim. # 28-1) filed by GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY USAA FEDERAL SAVINGS BANK;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (28-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on July 08, 2013 as document # 28-1 on the Claim Register. forthwith. GREEN TREE SERVICING LLC, AS

AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF

ACCOUNT/CONTRACT ORIGINATED BY USAA FEDERAL SAVINGS BANK shall file redacted

copies of the document(s) identified in Paragraph 2 above **on or before** March 23, 2017.

Dated: **March 2, 2017**

BY THE COURT

_____
HONORABLE Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE

16-208764 - MaW

PAGE 2