United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-19796-amc
James L. Thompson, Jr.                                                  Chapter 13
Lorena A. Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett         Page 1 of 3         Date Rcvd: Jan 17, 2018
                            Form ID: 138NEW         Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.

```
db/jdb         +James L. Thompson, Jr.,    Lorena A. Thompson,    379 Old Limestone Road,
                 Cochranville, PA 19330-1639
cr             +USAA Federal Savings Bank,    WEINSTEIN & RILEY, P.S.,    260 W. 36th Street, Suite 801,
                 New York, NY 10018-8992
12885199       +ATI Physical Therapy,    Attn: Collections,   P.O. Box 371863,    Pittsburgh, PA 15250-7863
13022012       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
12885203        CBCS,   P.O. Box 69,   Columbus, OH 43216
12885205       +Central Prof Services,    801 Sunnyside Drive,   Cadillac, MI 49601-9201
12885206       +Children's Book of the Month Club,    c/o RJM Acquisitions, LLC,
                 575 Underhill Boulevard, Suite 224,    Syosset, NY 11791-3416
12885207       +Christiana Care,    P.O. Box 101928 Dept. 2491,    Birmingham, AL 35210-6928
12885208       +Citibank,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
12885209       +Convergent Outsourcing,   P.O. Box 9004,    Renton, WA 98057-9004
12885210        Crestar Capital LLC,    1415 Route 70 East, Suite 500,    Hammonton, NJ 08037
12885212      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV,     P.O. Box 78626,    Phoenix, AZ 85062)
12885211       +Dey Equine Veternarians, P.A.,    86 Hill Road,   Allentown, NJ 08501-1410
12885213       +Estate Information Services, LLC,    P.O. Box 1730,    Reynoldsburg, OH 43068-8730
12885215       +FMS, Inc.,   P.O. Box 707600,    Tulsa, OK 74170-7600
12885214       +First State Orthopaedics,    4745 Ogletown-Stanton Road, Suite 25,    Newark, DE 19713-1387
12885219        GMAC Mortgage,    P.O. Box 4622,   Waterloo, IA 50704-4622
12899198       +GMAC Mortgage LLC,    c/o Andrew F. Gornall, Esq.,    701 Market Street, Ste 5000,
                 Phila, PA 19106-1541
12885221       +JC P&L,   c/o Alliance Once Collection Agency,     1684 Woodlands DRive Ste.15,
                 Maumee, OH 43537-4093
12885222       +Law Firm of Allan C. Smith, P.C.,    1276 Veterans Highway, Suite E-1,    Bristol, PA 19007-2597
12885225       +McGuigan Law Office, LLC,    311 Veterans Highway, Suite 100A,    Levittown, PA 19056-1422
12885230       +Military Book Club,    c/o RJM Acquisitions LLC,    575 Underhill Boulevard, Suite 224,
                 Syosset, NY 11791-3416
12885232       +National Action Financial Services, Inc.,    P.O. Box 9027,    Buffalo, NY 14231-9027
12885234       +Northland Group, Inc.,    P.O. Box 390905,   Minneapolis, MN 55439-0905
12885235        Onna L. Elmy,    575 Meadows Drive, Apt. 6,   Grayling, MI 49738
12885238      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     P.O. Box 12903,
                 Norfolk, VA 23541)
12958690        PTMUA,   131 Ft Dix Road,    Pemberton, NJ 08068
12885237       +Pioneer Credit Recovery,    P.O. Box 1018,   Attn: Marcellita Glenn,
                 Moorestown, NJ 08057-0018
12885239       +Professional Recovery Services, Inc.,    P.O. Box 1880,    Voorhees, NJ 08043-7880
12885240       +Quality Asset Recovery,    7 Foster Avenue, Ste. 101,    Gibbsboro, NJ 08026-1191
12980864      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Div. of Taxation,   Compliance Activity,
                 P O Box 245,   Trenton, NJ  08646)
12885241       +State of New Jersey,    Division of Taxation,    P.O Box 046,   Trenton, NJ 08646-0046
12885242       +Township of Pemberton,    Tax Collector,   500 Pemberton-Brown Mills Road,
                 Pemberton, NJ 08068-1539
12885243       +Transworld Systems,    980 Harvest Drive, #202,    Blue Bell, PA 19422-1955
12920642       +USAA FEDERAL SAVINGS BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
12885245       +USAA Federal Savings Bank,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
12885246       +USAA Savings Bank,    10750 McDermott Fwy.,   San Antonio, TX 78288-1600
12885248        Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
12885250       #+Wells Fargo Card Services,    P.O. Box 6412,   Carol Stream, IL 60197-6412
13102232        eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:41      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:48      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12958706        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2018 02:01:41
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
```

```
District/off: 0313-2           User: Antoinett           Page 2 of 3                   Date Rcvd: Jan 17, 2018
                               Form ID: 138NEW           Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12893304         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2018 02:02:01
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK   73126-8941
12885198        +E-mail/Text: bankruptcydepartment@tsico.com Jan 18 2018 01:52:52
                  Army & Air Force Exchange Service,    c/o NCO Financial Systems, Inc.,    P.O. Box 15618,
                  Wilmington, DE 19850-5618
12885201        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2018 02:01:57        CACH LLC,
                  Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3485
12885204        +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 18 2018 01:52:17        CBE Group,
                  1309 Technology Parkway,    Cedar Falls, IA 50613-6976
12908221         E-mail/Text: BankruptcyNotices@aafes.com Jan 18 2018 01:51:22        AAFES/MIL STAR/EXCHANGE,
                  c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374
12885202        +E-mail/Text: bankruptcy@cavps.com Jan 18 2018 01:52:15        Calvary Porfolio Services,
                  7 Skyline Drive,    Hawthorne, NY 10532-2156
12886591        +E-mail/Text: bankruptcy@cavps.com Jan 18 2018 01:52:15        Cavalry Portfolio Services,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12885216        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:55:10        GE Capital Retail Bank,
                  P.O. Box 981416,    El Paso, TX 79998-1416
12912422         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:48        GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12907818         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:55:11        GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12885217        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:58        GE Money Bank/Care Credit,
                  Attn: Bankruptcy Dept.,    P.O. Box 103106,    Roswell, GA 30076-9106
12885218         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:48        GEMB/Lowes,    P.O. Box 103065,
                  Roswell, GA 30076
13096267         E-mail/Text: bankruptcy.bnc@ditech.com Jan 18 2018 01:51:30        Green Tree Servicing, LLC,
                  PO BOX 6154,    Rapid City, SD 57709-6154
12900387         E-mail/Text: cio.bncmail@irs.gov Jan 18 2018 01:51:26     IRS,    P O Box 7346,
                  Phila, PA 19101-7346
12907807         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2018 01:52:10        Jefferson Capital Systems LLC,
                  PO BOX 7999,    SAINT CLOUD MN 56302-9617
12885224        +E-mail/Text: ebn@ltdfin.com Jan 18 2018 01:51:30        LTD Financial Services, L.P.,
                  7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
12885223        +E-mail/Text: notices@burt-law.com Jan 18 2018 01:52:57
                  Law Offices of Burton Neil & Associates,    1060 Anderw Drive, Suite 170,
                  West Chester, PA 19380-5601
12885226        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57        Midland Credit Management,
                  8875 Aero Drive,    San Diego, CA 92123-2255
12885228        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57        Midland Funding, LLC,
                  8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12885229        +E-mail/Text: egssupportservices@alorica.com Jan 18 2018 01:52:08        Miliary Book Club,
                  c/o NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
12885231         E-mail/Text: BankruptcyNotices@aafes.com Jan 18 2018 01:51:22        Military Star Card,
                  3911 S. Walton Boulevard,    Dallas, TX 75236
12965085         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:02:00
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12885236        +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:52:57        Paragon Way,
                  2101 W. Ben White Boulevard,    Austin, TX 78704-7516
12891253        +E-mail/Text: bankruptcy@cavps.com Jan 18 2018 01:52:15        Precision Recovery Analytics, Inc,
                  c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
12914604         E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2018 01:51:32
                  Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
12911136        +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07        USAA FEDERAL SAVINGS BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12885244        +E-mail/Text: bnc@alltran.com Jan 18 2018 01:51:21        United Recovery Systems LP,
                  5800 North Course Drive,    Houston, TX 77072-1613
12885247        +E-mail/Text: ebn@vantagesourcing.com Jan 18 2018 01:52:19        Vantage Sourcing LLC,
                  328 Ross Clark Circle,    Dothan, AL 36303-5834
12885249        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:58        Walmart,    GE Money Bank,
                  Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                                TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECAST Settlement Corporation,    POB 29262,    New York, NY  10087-9262
12885220*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12885227*       +Midland Credit Management, Inc.,    8875 Aero Drive,    San Diego, CA 92123-2255
12920644*       +USAA FEDERAL SAVINGS BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
13407830*        eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
13419951*        eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
12885200       ##+Budzik & Dynia, LLC,    4849 N. Milwaukee Avenue, Ste. 801,    Chicago, IL 60630-2680
12885233       ##+North Shore Agency,    4000 East Fifth Avenue,    Columbus, OH 43219-1811
                                                                                TOTALS: 0, * 6, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2           User: Antoinett              Page 3 of 3              Date Rcvd: Jan 17, 2018
                               Form ID: 138NEW              Total Noticed: 74
```

          ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              ALANE A. BECKET2    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              ANDREW F GORNALL    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
               BNCmail@w-legal.com,   DanS@w-legal.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              ROBERT PATRICK WENDT    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor James L. Thompson, Jr.
               stan.luongo@luongobellwoar.com,   nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Lorena A. Thompson
               stan.luongo@luongobellwoar.com,   nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    GMAC MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James L. Thompson, Jr. and Lorena A. Thompson

    Debtor(s)

Bankruptcy No: 12−19796−amc

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/17/18

51 − 49
Form 138_new