United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-19796-amc
James L. Thompson, Jr.                                                    Chapter 13
Lorena A. Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1            Date Rcvd: Feb 23, 2018
                                Form ID: 195               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb        +James L. Thompson, Jr.,    Lorena A. Thompson,    379 Old Limestone Road,
               Cochranville, PA 19330-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              ALANE A. BECKET2    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              ANDREW F GORNALL    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
               BNCmail@w-legal.com,    DanS@w-legal.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              ROBERT PATRICK WENDT    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor James L. Thompson, Jr.
               stan.luongo@luongobellwoar.com,    nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Lorena A. Thompson
               stan.luongo@luongobellwoar.com,    nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    GMAC MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| James L. Thompson, Jr. and Lorena A. Thompson | : Case No. 12−19796−amc |
| Debtor(s) | |

### ORDER
_____

AND NOW, this day , 23rd day of February, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

57
Form 195